# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LUIS BARRABI,

      Plaintiff,

v.                                CASE NO. 4:06cv24-RH/WCS

U.S. PENITENTIARY, et al.,

      Defendants.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. Upon consideration,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED and adopted as the opinion of the court. This matter is hereby transferred to the United States District Court for the Southern District of Indiana, Terre Haute Division, for all further proceedings including a determination of whether plaintiff is entitled to proceed *in forma pauperis*. The clerk shall take all actions necessary to effect the transfer.

      SO ORDERED this 28th day of February, 2006.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge